UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEVIN MENEFEE, | § § | CIVIL ACTION NO. 5:18-CV-00762-FB-ESC |
| Plaintiff, | § § | |
| v. | § § | |
| RESORT FUNDING LLC, | § § | Honorable Magistrate Elizabeth S. Chestney |
| Defendant. | § § § | |
| | § | JURY TRIAL DEMANDED |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE:

Plaintiff and Defendant file this Joint Alternative Dispute Resolution Report pursuant to Local Rule CV-88 and the Court's Scheduling Order:

1. Status of Settlement Negotiations

The parties have not yet engaged in settlement discussions. Written offers of settlement are to be exchanged by December 28, 2018 (for parties seeking affirmative relief) and January 11, 2019 (for parties opposing relief).

2. Persons Responsible for Settlement Negotiations

   a. For Plaintiff: Marwan R. Daher, Esq.
      SULAIMAN LAW GROUP, LTD.

   b. For Defendant: Christopher R. Mugica
      JACKSON WALKER L.L.P.

3. Alternative Dispute Resolution Evaluation

Both parties are amenable to resolving this matter through informal negotiations after exchange of written offers of settlement. Should these negotiations reach an

2

impasse, the parties believe additional ADR, if any, would be most fruitful following the close of the discovery period on March 27, 2019.

4. Attorney Certification

The undersigned counsel certify that Plaintiff and Defendant have been informed of the Alternative Dispute Resolution procedures available in this district.

Dated: December 26, 2018

Respectfully submitted,

SULAIMAN LAW GROUP, LTD.

By: /s/Marwan R. Daher
Marwan R. Daher, Esq.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 537-1770
mdaher@sulaimanlaw.com

*ATTORNEYS FOR PLAINTIFF*

~and~

JACKSON WALKER L.L.P.

By: /s/ Christopher R. Mugica
Christopher R. Mugica
State Bar No. 24027554
cmugica@jw.com
Breck Harrison
State Bar No. 24007325
bharrison@jw.com
Scott W. Weatherford
State Bar No. 24079554
sweatherford@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 Facsimile

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 26th day of December 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
mdaher@sulaimanlaw.com

                                          */s/ Christopher R. Mugica*
                                          Christopher R. Mugica